```
                     UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF RHODE ISLAND
```

```
_____
                                    )
SELECTIVE INSURANCE COMPANY         )
OF AMERICA,                         )
                                    )
        Plaintiff,                  )
   v.                               )   C.A. No. 11-42 S
                                    )
CMG, INC., and JAMES M. COLUCCI,    )
                                    )
        Defendants.                 )
_____)
```

## ORDER OF JUDGMENT

WILLIAM E. SMITH, United States District Judge.

In accordance with the Order issued by this Court on May 15, 2013 ("Order") (ECF No. 63), Plaintiff Selective Insurance Company of America ("Selective") has submitted an updated calculation of prejudgment interest and Revised Final Affidavit of Attorneys' Fees (ECF No. 64).

After considering this affidavit and the revised prejudgment interest calculations included therein, the Court hereby enters judgment in favor of Selective in the following amounts:

1. One hundred thousand nine hundred and two dollars ($100,902), which represents the amount of the settlement reached between Selective and the Town of Millbury,

Massachusetts (the "Town"), in connection with a lawsuit brought by the Town against Selective.

2. Three thousand four hundred and twenty two dollars and twenty one cents ($3,422.21), which represents the consulting fees paid by Selective to Beacon Consulting Group, Inc. in connection with the claims brought by the Town against Selective.

3. Forty thousand six hundred thirty eight dollars and thirty eight cents ($40,638.38) in attorneys' fees and costs incurred by Selective in connection with the lawsuit brought by the Town and in the current action.

4. Prejudgment interest in the amount of sixty nine thousand and thirty nine dollars and one cent ($69,039.01), an amount which complies with the Order and represents the prejudgment interest accrued on the pecuniary damages sustained by Selective and for which Selective is entitled to recover prejudgment interest pursuant R.I. Gen. Laws § 9-21-10(a).

Therefore, total judgment in the favor of Selective shall enter in the total amount of two hundred fourteen thousand and one dollars and sixty cents ($214,001.60).

IT IS SO ORDERED.

*/s/ William E. Smith*
William E. Smith
United States District Judge
Date: August 21, 2013